ATLANTIC COMMUNICATION COMPANY, Respondent, *v.* LEOPOLD ZIMMERMANN et al., Copartners under the Firm Name of ZIMMERMANN & FORSHAY, Appellants.

*Banks and banking — foreign exchange — contract to transmit foreign money by wireless — action to recover money paid.*

Atlantic Communication Co. v. Zimmermann, 206 App. Div. 664, affirmed.

(Argued December 3, 1923; decided December 27, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought for money had and received, to recover the sum of $45,625, the sum paid by the plaintiff to the defendants on April 2, 1917. The defendants are bankers and brokers, dealing in foreign exchange, among other things. The complaint alleged that on said day said sum was paid to the defendants by the plaintiff for transmission in marks, by wireless, to Germany, within a reasonable time, to wit, not more than eight days, and that the transmission having failed, plaintiff demanded its money back, which was refused. The answer was in the nature of a general denial.

*Maurice B. Blumenthal* for appellants.

*Schuyler M. Meyer* and *Louis Dean Speir* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

FRANCESCO DIOMEDE, Appellant, *v.* UNITED MARINE CONTRACTING CORPORATION, Respondent.

*Negligence — master and servant — injury to workman on steamship in dry-dock — when complaint properly dismissed.*

Diomede v. United Marine Contracting Corpn., 206 App. Div. 768, affirmed.

(Argued December 3, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,